KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588
E-MAIL: karren.kenney@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HECTOR SANDOVAL, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.   22CR00563 <br><br> **REQUEST FOR CLARIFICATION RE BOND REVIEW HEARING AND TO SET HEARING ON DECEMBER 12, 2022** |

Defendant Sandoval, by and through court appointed counsel Karren Kenney, hereby requests clarification regarding the bond review hearing previously set for December 6, 2022 with Judge David Carter.

On November 4, 2022, Defendant Sandoval was ordered detained by Judge Autumn Spaeth, who made and granted her own motion to detain after the parties sought bond and agreed to certain bond conditions. On November 7, 2022, Sandoval filed an application for Review of the Detention Order. On November 17, 2022, the review hearing was set for December 6, 2022 at 4:00pm in front of Judge Carter in Santa Ana. Mr. Sandoval's family was provided date and time for the hearing.

Today, December 5, 2022, a Notice was issued by the Court in the afternoon stating the case was reassigned to Judge Fred Slaughter in Santa Ana. The Review Hearing for the Detention Order was then reset by the Court for Thursday, December 8, 2022 at 1:30pm with Judge Slaughter.  Shortly thereafter, another Notice was issued transferring the case from Judge Slaughter to Judge Mark Scarci who is located at the First Street Courthouse in downtown Los Angeles.

In light of all the changes, counsel for Defendant Sandoval is seeking clarification regarding the status of the review hearing. Mr. Sandoval's mother is a custodian at UCLA and took time off from her employment to attend the hearing that was originally set for December 6, 2022 in Santa Ana.  Currently, it is unclear when the Detention Review hearing will be held since the case was transferred again after the hearing was reset for December 8, 2022 with Judge Slaughter.

The Post-Indictment Arraignment hearing is currently set for December 12, 2022 in Los Angeles. The defense is requesting to have the review hearing be held on the same date since the Sandoval family was already planning to attend that hearing.  If this requested date is not possible, the defense requests a mutually agreeable date be selected by the parties in order to avoid any potential calendar conflicts with previously set hearings.

DATED: December 5, 2022                         Respectfully submitted,

                                           /s/     *Karren Kenney*
                                           KARREN KENNEY
                                           Attorney for Defendant